# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALEX BURK WEATHERLY**                                                                 **PLAINTIFF**

v.                          Case No. **4:21-cv-00604 KGB**

**ALLSTATE INSURANCE COMPANY**                                            **DEFENDANT**

## JUDGMENT

This matter came for trial by jury on July 18 and 19, 2022. Plaintiff Alex Burk Weatherly appeared with his attorneys Karen Hughes and Alex Melton. Defendant Allstate Property and Casualty Insurance Company appeared with its attorney Jason Campbell. All parties announced ready for trial. A jury of 12 was selected and sworn.

On July 19, 2022, the jury returned a verdict in favor of Mr. Weatherly (Dkt. No. 42). Judgment in entered on the jury's verdict in favor of Mr. Weatherly against Allstate Property and Casualty Insurance Company in the amount of $80,000.00, together with post-judgment interest at the rate of 3.11 per annum from the date of the Judgment until paid.

So adjudged this 21st day of July, 2022.

_____
Kristine G. Baker
United States District Judge